**UNITED STATES of America v. George T.**
**STAPLES.**
**No. 1298.**

Circuit Court of Appeals, Tenth Circuit.
June 21, 1935.

Dan B. Shields, U. S. Atty., of Salt Lake City, Utah.

Le Roy B. Young, of Ogden, Utah, for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed, on motion of appellant.